UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0163--CV (JKS)
"EMPLOYERS INS OF WAUSAU V GERLING AMERICA INS"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed:  07/12/05
          Closed:  NO

    Jurisdiction:  (4) Diversity (see citizenship of parties)
   PLF Diversity:  (5) Incorporated and Principal Place of Business in Another State
   DEF Diversity:  (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit:  (110) Insurance
                   INSURANCE SUBROGATION
          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  Paid $250.00 on 07/25/05 receipt # 00126129
        Trial by:  Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | EMPLOYERS INSURANCE OF WAUSAU | Eric P. Gillett<br>Preg O'Donnell et al<br>1800 9th Avenue, Suite 1500<br>Seattle, WA 98101-1340<br>206-287-1775<br>FAX 206-287-9113<br><br>Jeffrey W. Daly<br>Preg O'Donnell & Gilett PLLC<br>1800 9th Avenue, Suite 1500<br>Seattle, WA 98101-1340<br>206-287-1775<br>FAX 206-287-9113 |
| DEF 1.1 | GERLING AMERICAN INSURANCE CO | Steven S. Tervooren<br>Hughes Bauman et al<br>3900 C Street, Suite1001<br>Anchorage, AK 99503<br>907-274-7522<br>FAX 907-263-8320 |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A05-0163--CV (JKS)
                "EMPLOYERS INS OF WAUSAU V GERLING AMERICA INS"

                          For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 07/12/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance
                   INSURANCE SUBROGATION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/25/05 receipt # 00126129
         Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/12/05 | Complaint filed; Summons issued. |
| 2 - 1 | 08/12/05 | DEF 1 Attorney Appearance of S. Tervooren. |
| 3 - 1 | 08/12/05 | DEF 1 Answer to Complaint. |
| 4 - 1 | 08/17/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 5 - 1 | 09/07/05 | PLF 1 motion for Jeffrey W. Daly to appear as attorney pro hac vice. |
| 6 - 1 | 09/12/05 | JKS Order granting motion for Jeffrey W. Daly to appear as attorney pro hac vice (5-1). cc: cnsl |
| 7 - 1 | 09/15/05 | DEF 1 Scheduling and Planning Conference Report. |
| 8 - 1 | 09/16/05 | DEF 1 Submittal of Facsimile Signature to the S&P fld 9/15/05. |
| 9 - 1 | 09/16/05 | DEF 1 Disclosure Statement. |
| 10 - 1 | 09/19/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/15/06; Dispositive motions deadline 07/15/06; Estimate of trial 3 days; TBC. cc: cnsl |