Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>             Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>             Defendant. | Case No. A05-163 CV (JKS)<br><br>**STIPULATION FOR CONTINUANCE OF DEADLINE FOR CLOSE OF DISCOVERY** |

COME NOW the parties, by and through their attorneys of record and, pursuant to paragraph 7 of the Court's September 16, 2005 Scheduling and Planning Order stipulate for a two-month continuance of the deadline for completion of expert witness and other discovery, from June 15, 2006 to August 15, 2006.

The parties enter this stipulation by virtue of their having reached agreement to schedule a mediation of the claims presented herein. The parties believe the prospect for settlement will be enhanced if they are able to devote resources toward a

mediated resolution, as opposed to expenditures on expert witnesses, extensive out of state deposition trips and associated efforts.

The discovery remaining to be completed includes any final requests for production, interrogatories and admission requests, as well as 30(b)(6) depositions of corporate representatives for each party and those witnesses involved in the underlying FedEx hangar litigation. The requisite depositions will be scheduled between counsel so as to permit coherent, cost effective travel blocks during the time frame of April 3 – May 15, 2006 should the case not resolve at mediation.

RESPECTFULLY SUBMITTED this 22nd day of February, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant Gerling America Insurance Company

By: /s
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

          PREG O'DONNELL & GILLETT PLLC
          Attorneys for Plaintiff Employers Insurance of Wausau

By:   /s_____
       Jeffrey W. Daly
       Admitted *pro hac vice*

       1800 Ninth Avenue, Suite 1500
       Seattle, WA 98101-1340
       206-287-1775/206-287-9113 (fax)
       jdaly@pregodonnell.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this 22nd day of February, 2006.

s/_____
  Steven S. Tervooren