Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>            Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>            Defendant. | Case No. A05-163 CV (JKS)<br><br>**PROPOSED ORDER GRANTING STIPULATION FOR CONTINUANCE OF DEADLINE FOR CLOSE OF DISCOVERY** |

Having reviewed the stipulation of the parties requesting a continuance of the deadline for the close of discovery, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation for Continuance of Deadline for Close of Discovery to August 15, 2006 is GRANTED.

DATED this _____ day of _____, 2006.

                                                              _____
                                                              James K. Singleton, Jr.
                                                              Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this 22nd day of February, 2006.

s/_____
  Steven S. Tervooren