Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>             Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>             Defendant. | Case No. A05-163 CV (JKS)<br><br><u>MOTION FOR LEAVE TO FILE<br>FIRST AMENDED ANSWER</u> |

COMES NOW Defendant Gerling America Insurance Company ("Gerling"), by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC, and moves the Court for leave to amend its answer to Plaintiff's Complaint to clarify and expand upon the nature of its affirmative defenses. This motion to amend is, consistent with this Court's Scheduling and Planning Order, being filed more than 90 days before the close of discovery. No depositions have been taken as of this date and filing the amended answer will in no way prejudice Plaintiff. The proposed amended answer promotes the interests of justice and serves to cause the answer to

comport with information developed subsequent to filing the original answer. Defendant Gerling respectfully requests that the Court enter an order granting leave to amend its answer. The proposed First Amended Answer is filed herewith.

RESPECTFULLY SUBMITTED this 9th day of March, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant Gerling America Insurance Company

By: /s_____
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

244037

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this 9th day of March, 2006.

s/_____
Steven S. Tervooren