Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>             Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>             Defendant. | Case No. A05-163 CV (JKS)<br><br>**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER** |

        Having reviewed Defendant's Motion for Leave to File First Amended Answer, and being otherwise fully advised in the premises,

        IT IS HEREBY ORDERED that the motion is GRANTED.  It is further

        ORDERED that Defendant Gerling America Insurance Company's First Amended Answer submitted by Defendant be lodged as its First Amended Answer.

DATED this _____ day of _____, 2006.

_____
James K. Singleton, Jr.
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this 9th day of March, 2006.

s/_____
   Steven S. Tervooren