Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113
Attorney for Plaintiff Wausau Insurance Companies

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>                       Plaintiff(s),<br>  v.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>                       Defendant(s). | NO.  A05-163 CV<br><br>JOINT STATUS REPORT |

The parties hereto have reached an agreement to resolve all claims in this matter, and are in the process of finalizing settlement documents. It is anticipated that the parties will be able to file a Stipulation and Order of Dismissal of this matter within the next thirty (30) days.

DATED this _____ day of May, 2006.

                                        PREG O'DONNELL & GILLETT PLLC

                                        By_____/s/_____
                                           Jeffrey W. Daly, *admitted pro hac vice*
                                        Attorneys for Plaintiff Wausau Insurance Companies

                                        1800 Ninth Avenue, Suite 1500
                                        Seattle, WA 98101-1340
                                        (206) 287-1775 (p)/(206) 287-9113 (f)
                                        jdaly@pregodonnell.com

34978.doc  00567-4018

HUGHES BAUMAN PFIFFNER GORSKI &
SEEDORF LLC


By_____/s/_____
    Steven S. Tervooren, Esq., ABA 7910085
Attorneys for Defendant Gerling America
Insurance Company

3900 C Street, Suite 1001
Anchorage, AK  99503
(907) 263-8225 (p)/(907) 263-8320 (f)
sst@hbplaw.net

34978.doc  00567-4018