Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. A05-163 CV (JKS)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

　　　　　Pursuant to F.R.C.P. 41(a)(i)(ii) it is hereby stipulated and agreed by and between the parties, through their respective counsel of record, that all claims in the above-entitled action be dismissed **with prejudice** and each party shall bear its own costs and attorney's fees, for the reason that the issues presented have been fully resolved by settlement and release.

*Stipulation for Dismissal With Prejudice*
*Wausau v. Gerling*, Case No. A05-163 CV
Page 1 of 2

RESPECTFULLY SUBMITTED this ____ day of _____, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant Gerling America Insurance Company

By: /s _____
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

PREG O'DONNELL & GILLETT PLLC
Attorneys for Plaintiff Employers Insurance of Wausau

By: /s _____
Jeffrey W. Daly
Admitted *pro hac vice*

1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340
206-287-1775/206-287-9113 (fax)
jdaly@pregodonnell.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this ____ day of _____, 2006.

s/_____
Steven S. Tervooren