Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>            Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY,<br><br>            Defendant. | Case No. A05-163 CV (JKS)<br><br><br><br><br><br>**NOTICE OF FILING** |

      COMES NOW the defendant by and through its attorneys, and hereby files the attached executed signature page of the Stipulation for Dismissal with Prejudice filed on June 8, 2006.

RESPECTFULLY SUBMITTED this 13th day of June, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant Gerling America Insurance Company

By:  /s
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this 13th day of June, 2006.

s/
  Steven S. Tervooren