RESPECTFULLY SUBMITTED this 13th day of June, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC

Attorneys for Defendant Gerling America Insurance Company

By: /s/ _____
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

PREG O'DONNELL & GILLETT PLLC

Attorneys for Plaintiff Employers Insurance of Wausau

By: /s/ _____
Jeffrey W. Daly
Admitted *pro hac vice*

1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340
206-287-1775/206-287-9113 (fax)
jdaly@pregodonnell.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Jeffrey W. Daly this _____ day of _____, 2006.

s/ _____
Steven S. Tervooren

*Stipulation for Dismissal With Prejudice*
*Wausau v. Gerling*, Case No. A05-163 CV
Page 2 of 2